BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for the UNITED STATES OF AMERICA and DUSM MARCO RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>SHERMAN CLAY TAMPLEN,<br><br>Defendant,<br><br>v.<br><br>UNITED STATES OF AMERICA and DUSM MARCO RODRIGUEZ,<br><br>Real Parties in Interest. | 2:10-mc-00006-JAM-KJM<br><br>**ORDER OF DISMISSAL**<br><br>State Court Number: FCR 265634<br>(Superior Court of California, County of Solano) |

On the application of the United States, it is hereby ORDERED as follows:

1. The maker of the subpoena dated January 14, 2010, directed to Deputy U.S. Marshal Marco Rodriguez for testimony at a hearing of the Solano County Superior Court on January 22, 2010, has withdrawn that subpoena.

2. Because the subpoena has been withdrawn, the removed matter embodied in that subpoena is moot and therefore is DISMISSED.

ORDER OF DISMISSAL                                                                                                          Page 1

3. The Clerk shall send a copy of this order to the following:

>Superior Court, County of Solano
>Attn: Dept. 10
>530 Union Ave.
>Fairfield, CA 94533
>
>Paul E. Carreras, Esq.
>547 Jefferson St., Ste. C
>Fairfield, CA 94533
>
>Deputy DA Kevin Tali
>Solano County District Attorney's Office
>675 Texas St., Ste. 4500
>Fairfield, CA 94533

It is SO ORDERED.

DATED: 01/22/2010      /s/ John A. Mendez
                      UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL                                        Page 2

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on **January 22, 2010**, she served a copy of:

## ORDER OF DISMISSAL

by placing said copy in an envelope addressed to the persons hereinafter named, at the places and addresses shown below, which are the last known addresses, and mailing said envelope and contents in the U.S. Mail in Sacramento, California.

Addressees:

| | |
|---|---|
| 1  Paul E. Carreras, Esq.<br>   547 Jefferson St., Ste. C<br>2  Fairfield, CA 94533 | Deputy DA Kevin Tali<br>Solano County District Attorney's Office<br>675 Texas St., Ste. 4500<br>Fairfield, CA 94533 |

*/s/ Pamela Beauvais*
PAMELA BEAUVAIS